MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

JAMES STEVENS,

    Plaintiff,

vs.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

Case No.: 2:17-cv-02496-DMC

**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from September 5, 2018 to **September 18, 2018**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Following the three deaths in Counsel's family over the course of the last three months, Counsel for Defendant took some personal leave. At the time of the current filing deadline, Counsel is sick and had a migraine for the past three days, which impairs her vision. Counsel attempted diligently to finish her response, but could not do so by the current filing deadline. Counsel is also expected to be out of the office on September 7th and 8th, 2018. As a result of Counsel's unexpected time off, Counsel did not have sufficient time to finalize Defendant's response. As such, Defendant needs

JS for Extension of Time                            Case No. 2:17-cv-02496-DMC

1

| | |
|---|---|
| 1 | additional time to adequately review the transcript and properly respond to Plaintiff's Motion for |
| 2 | Summary Judgment. Defendant makes this request in good faith with no intention to unduly |
| 3 | delay the proceedings. Counsel apologizes for the belated request, but did not anticipate taking |
| 4 | additional leave. The parties further stipulate that the Court's Scheduling Order shall be |
| 5 | modified accordingly. |

Respectfully submitted,

Dated: September 5, 2018            /s/ *Josephine M. Gerrard
                                    (*as authorized by email on September 5, 2018)
                                    JOSEPHINE M. GERRARD
                                    Attorney for Plaintiff


Dated: September 5, 2018            MCGREGOR W. SCOTT
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                            By      /s/ Tina L. Naicker
                                    TINA L. NAICKER
                                    Special Assistant U.S. Attorney
                                    Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: Oct 10 2018

HON. DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE