MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JAMES STEVENS,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:17-cv-02496-DMC<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from September 18, 2018 to **September 19, 2018**. This is Defendant's fourth request for extension. Good cause exists to grant Defendant's request for extension. Counsel went to urgent care for a medical emergency on the date of the current filing deadline and was not able to finish Defendant's response. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made the request as soon as practicable.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                          Respectfully submitted,

Dated: September 18, 2018         */s/ \*Josephine M. Gerrard*
                                          (*as authorized by email on September 18, 2018)
                                          JOSEPHINE M. GERRARD
                                          Attorney for Plaintiff


Dated: September 18, 2018         MCGREGOR W. SCOTT
                                          United States Attorney
                                          DEBORAH LEE STACHEL
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                               By     */s/ Tina L. Naicker*
                                          TINA L. NAICKER
                                          Special Assistant U.S. Attorney
                                          Attorneys for Defendant

## **ORDER**

APPROVED AND SO ORDERED. FURTHER REQUESTS FOR EXTENSIONS OF TIME TO FILE A PARTY'S BRIEF SUBMITTED ON THE EVE OF THE DEADLINE WILL BE DISFAVORED UNLESS THE BRIEF IS FILED WITH THE REQUEST.


Dated: September 19, 2018

                                          DENNIS M. COTA
                                          UNITED STATES MAGISTRATE JUDGE