JOSEPHINE M. GERRARD (CBN 303221)
Gerrard Law Offices
1791 Solano Avenue, Suite F01
Berkeley, California 94707
Tel: (510) 838-0529
Fax: (510) 280-1635
jo@gerrardlawoffices.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| James M. Stevens,<br><br>    Plaintiff.<br><br>vs.<br><br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:17-cv-02496-DMC<br><br>ORDER FOR ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT. 28 U.S.C. § 2412(d). |

Plaintiff requests that the Court find that he meets the statutory requirements for an award of attorney fees under the EAJA and that the Commissioner's position was not substantially justified, and award $12,745.32 in attorney fees under 28 U.S.C. § 2412(d).

Respectfully submitted,

DATE: May 29, 2019

<u>/s/ Josephine M. Gerrard</u>
JOSEPHINE M. GERRARD
Attorney for Plaintiff

Proposed order of EAJA fees        1

APPROVED AND SO ORDERED:

## ORDER

Dated: June 6, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE