1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JAMES M. STEVENS,                          No.  2:17-CV-2496-DMC

12                    Plaintiff,

13          v.                                   <u>ORDER</u>

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                     Defendant.
16

17

18                    Plaintiff, who is proceeding with retained counsel, brought this action for judicial

19   review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

20   Final judgment was entered on March 29, 2019.  On June 6, 2019, the court issued an order

21   awarding attorney's fees under the Equal Access to Justice Act (EAJA).  The proposed order

22   submitted with the parties' stipulation thereon contained a clerical error.  The parties have

23   stipulated to an award of $6,500.00, not $12,745.32, as indicated in the proposed order and order

24   signed by the court and entered on the docket.  Due to this clerical error, the court's June 6, 2019,

25   / / /

26   / / /

27   / / /

28   / / /

order is modified to reflect the parties' agreement that plaintiff's counsel be awarded $6,500.00 under the EAJA.

        IT IS SO ORDERED.


Dated:  June 10, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE